RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
AMY B. CLEARY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Amy_Cleary@fd.org

Attorney for Marcus Anthony Wells

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MARCUS ANTHONY WELLS,<br><br>    Defendant. | Case No. 2:17-cr-00187-RFB<br><br>**STIPULATION TO CONTINUE DEADLINES**<br>(First Request) |

    IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Elizabeth O. White, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Amy B. Cleary, Assistant Federal Public Defender, counsel for Marcus Anthony Wells, that the following due dates, as ordered by this Court [ECF. No. 103] be extended.

    IT IS FURTHER STIPULATED AND AGREED by and between the parties, that the Office of the Federal Public Defender must electronically file, under seal, the Defendant's financial affidavit, which is currently due September 3, 2019, by October 2, 2019.[1]

---

[1] Defendant's financial affidavit was due on September 2, 2019, according to the Court's Minute Order. However, as September 2, 2019, was a federal holiday, the filing due date became September 3, 2019.

IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that the Defendant's Motion for Relief under *Rehaif*, which is currently due September 16, 2019, be filed by October 16, 2019, and the Government's Reply, which is currently due September 30, 2019, be filed by October 30, 2019.

The Stipulation is entered into for the following reasons:

1. Counsel for the Defendant needs additional time to make contact with the Defendant who is incarcerated by the Bureau of Prisons at Victorville USP, where it has been difficult to arrange any confidential legal calls with Defendant and to receive legal mail from Defendant. Without the ability to communicate freely and fully with Defendant, it is, unfortunately, not possible for defense counsel to comply with the deadlines previously set by the Court in this matter.

2. The parties agree to the continuance of the deadlines as set forth herein.

3. This is the first stipulation to continue the deadlines relative to Defendant's *Rehaif* motion.

DATED this 3rd day of September, 2019.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| By *Amy B. Cleary*<br>AMY B. CLEARY<br>Assistant Federal Public Defender | By *Elizabeth O. White*<br>ELIZABETH O. WHITE<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MARCUS ANTHONY WELLS,<br><br>    Defendant. | Case No. 2:17-cr-00187-RFB<br><br>FINDINGS OF FACT AND ORDER |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Counsel for the Defendant needs additional time to make contact with the Defendant who is incarcerated by the Bureau of Prisons at Victorville USP, where it has been difficult to arrange confidential legal calls with Defendant and to receive legal mail from Defendant. Without the ability to communicate freely and fully with Defendant, it is not possible for defense counsel to comply with the deadlines previously set by the Court in this matter.

2. The parties agree to the continuance of the deadlines as set forth herein.

3. This is the first stipulation to continue the deadlines relative to Defendant's *Rehaif* motion.

**<u>ORDER</u>**

IT IS THEREFORE ORDERED that the Office of the Federal Public Defender shall have to and including October 2, 2019 to electronically file, under seal, the Defendant's financial affidavit.

IT IS FURTHER ORDERED that the Defendant's Motion for Relief Under *Rehaif* is due October 16, 2019, and the Government's Reply is due by October 30, 2019.

DATED this __4th__ day of September, 2019.

                                          RICHARD F. BOULWARE, II
                                          UNITED STATES DISTRICT JUDGE