Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Rick A. Mula
Assistant Federal Public Defender
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Rick_Mula@fd.org

*Attorney for Defendant Marcus Anthony Wells

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | |
| Plaintiff, | Case No. 2:17-cr-00187-RFB |
| v. | **Joint Motion for Briefing Schedule** |
| Marcus Anthony Wells, | |
| Defendant. | |

     The parties respectfully request that the Court enter the attached proposed order setting a briefing schedule for the following reasons.

     Mr. Wells (acting pro se) sent a letter to the Court that was filed on June 14, 2024. (ECF No. 117.) In that letter, Mr. Wells appeared to request early termination of supervised release. (*See id.*)

     The government filed an opposition to that request on June 28, 2024. (ECF No. 118.)

     Mr. Wells then (again acting pro se) submitted another letter to the Court that was filed on March 26, 2025. (ECF No. 119.) In that letter, Mr. Wells appeared to request a modification to his conditions of supervision. (*See id.*)

1   Assistant Federal Public Defender Rick Mula filed a notice of appearance on
2   March 28, 2025. (ECF No. 120.)
3   Mr. Wells still intends to seek modification of his conditions of supervised
4   release to enable him to work as a commercial trucker. However, he needs additional
5   time to gather the information necessary to support such a request. The parties agree
6   that requiring the government to respond to the request at this time is premature
7   and would lead to inefficiencies.
8   Accordingly, the parties respectfully request that the Court enter the attached
9   proposed order setting a briefing schedule.

Dated April 3, 2025.

| Rene L. Valladares | Sigal Chattah |
| Federal Public Defender | United States Attorney |

| */s/ Rick Mula* | */s/ Jessica Oliva* |
| Rick Mula | Jessica Oliva |
| Assistant Federal Public Defender | Assistant United States Attorney |

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Marcus Anthnoy Wells,<br><br>　　　　Defendant. | Case No. 2:17-cr-00187-RFB<br><br>**Proposed Order** |

　　　Good cause appearing, the parties' Joint Motion for Briefing Schedule is granted.

　　　IT IS THEREFORE ORDERED that Mr. Wells file any supplement to his pending motions by June 2, 2025.

　　　IT IS FURTHER ORDERED that the government file a response, if any, to the supplement, within two weeks of the supplement being filed.

　　　IT IS FURTHER ORDERD that Mr. Wells may file a reply in support of the supplement, if any, within one week of the government's response being filed.

　　　Dated this __7th__ day of April, 2025.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　United States District Judge

3